O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED SACV 07-1586 AHM (OPx) | Date | June 25, 2008 |
|---|---|---|---|
| Title | M.G. v. MURRIETA VALLEY UNIFIED SCHOOL DISTRICT | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court has received Plaintiff's "*Ex Parte* Application for Leave to File Motion to Strike Supplemental Declarations and All References Thereto in Defendant's Opposition Brief"[1] and Defendant's opposition. The Court grants-in-part and denies-in-part the motion as follows:

The Court GRANTS the motion as to the declaration of Lorie Coleman because her declaration seeks to embellish her prior administrative hearing testimony. *See Ojai Unified Sch. Dist. v. Jackson*, 4 F.3d 1467, 1473 (9th Cir. 1993) (adopting rebuttable presumption that administrative hearing witness is foreclosed from testifying at trial). Defendant submitted the Coleman Declaration in response to a new claim that Plaintiff raised on this appeal: Whether Defendant's failure to have a teacher "most knowledgeable about M.G.'s educational levels and needs" and a general education teacher present at the May 29, 2007 IEP meeting was a procedural violation of the IDEA that arose to a denial of a FAPE. Plaintiff acknowledges that he did not raise this claim before the hearing officer. (Plaintiff's Brief in Opp'n to Def't's Opening Brief at 7). To consider it now would circumvent the administrative exhaustion requirement. *Cf. H.B. ex rel P.B. v. Las Virgenes Unified Sch. Dist.*, 239 Fed.Appx. 342, 344, 2007 WL 1989594, *1 (9th Cir. 2007) (holding that the court had jurisdiction to consider a claim because both sides questioned witnesses about it and argued the issue in their closing briefs, even though the hearing officer refused to evaluate it). Hence, the Court strikes the Coleman Declaration.

---

[1] Docket No. 21.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ~~SA~~CV 07-1586 AHM (OPx) | Date | June 25, 2008 |
|---|---|---|---|
| Title | M.G. v. MURRIETA VALLEY UNIFIED SCHOOL DISTRICT | | |

    The Court DENIES without prejudice Plaintiff's motion to strike the Declaration of Zhanna Preston. Preston's declaration and exhibits pertain in part to events subsequent to the September 2007 administrative hearing. The Court may admit and consider additional evidence in accordance with the principles outlined in *Ojai United Sch. Dist. v. Jackson*, 4 F.3d 1467, 1473 (9th Cir. 1993) (holding that under 20 U.S.C. § 1415(i)(2)(C) the district court has discretion to consider additional evidence "concerning relevant events occurring subsequent to the administrative hearing.").

    No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                        :

                            Initials of Preparer        SMO