O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-1586 AHM (OPx) | Date | July 17, 2008 |
|---|---|---|---|
| Title | M.G. v. MURRIETA VALLEY UNIFIED SCHOOL DISTRICT | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

    The Court has received Plaintiff's "*Ex Parte* Application for Order to Show Cause Why Defendant Should Not Be Compelled to Participate in a Mandatory Settlement Conference" and Defendant's reply.  The Court ORDERS Defendant to participate, ASAP.  The Court admonishes Defendant's counsel that any further disregard of the clear language of the Court's order and the local rules (see L.R. 16-15.1) may result in hefty sanctions.

                                                                                            : 

Initials of Preparer    SMO