FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., a Minor by and through his Guardian Ad Litem, TRACY GILL, | Case No.  SACV 07-1586 AHM (OPx) |
| Plaintiff, | Honorable A. Howard Matz, United States District Judge |
| v. | JUDGMENT |
| MURRIETA VALLEY UNIFIED SCHOOL DISTRICT, a Local Educational Agency, | |
| Defendants. | |

## JUDGMENT

On August 1, 2008, the Court, on its own motion, vacated and took under submission the August 4, 2008 Hearing on Appeal of Office of Administrative Hearings Special Education Division for Reversal of Decision and Attorney Fees and Costs.

The issue before the Court was whether the Administrative Law Judge's October 19, 2007 Decision in the underlying due process matter, identified as OAH Case No. N2007080147, should be reversed.

On October 24, 2008, the Court issued its Order Affirming the Administrative Law Judge's Decision. Therefore, in accordance with the Order and the provisions of Rule 58 of the Federal Rules of Civil Procedure:

IT IS ADJUDGED that:

1.    The Administrative Law Judge's ("ALJ") factual findings are supported by the record and the legal conclusions are sound. Accordingly, the ALJs' decision is AFFIRMED.

2.    Murrieta Valley Unified School District shall be entitled to its costs.

3.    Plaintiff shall not be entitled to recover attorney's fees or costs.

Dated: Nov. 7, 2008

_____
The Honorable A. Howard Matz
UNITED STATES DISTRICT JUDGE

JUDGMENT
SACV 07-1586 AHM (OPx)